# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:03-CR-337 |
| v. : | (Chief Judge Conner) |
| **JOHN HENRY WEAVER**, : | |
| **Defendant** : | |

## ORDER

AND NOW, this 12th day of June, 2017, upon consideration of the government's motion (Doc. 125) to amend restitution balance to reflect payments remitted directly to the victim, Universal Service Administration Company, and it appearing that the judgment in the above-captioned matter provides that the defendant shall be "entitled to an offset against this restitution order for any funds recovered by the Universal Service[] Administration Company . . . for petitions for remission and mitigation of forfeiture, which seek recovery of funds derived from assets forfeited by the defendant," (Doc. 79 at 6), and it further appearing that Universal Service Administration Company received direct payments in partial satisfaction of restitution totaling $637,490.84,[1] (see Doc. 125 ¶ 7; Doc. 125-1), it is hereby ORDERED that:

---

[1] The government's motion (Doc. 125) proposes a total offset of $637,470.84. The court's summation of the nine (9) payments reflected in attachments to the instant motion produces a sum of $637,490.84. (See Doc. 125-1). The government has separately confirmed to the court that the correct offset amount is $637,490.84.

1. The government's motion (Doc. 125) is GRANTED.

2. The Clerk of Court is DIRECTED to reduce the restitution balance in this matter by the amount of $637,490.84.

3. The government shall calculate the appropriate apportionment of the above reduction as among the two separate lines of joint and several restitution *sub judice* and shall so advise the Clerk of Court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania