UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA
OCT 3 1 2018
PETER WELSH~~AY~~
PER _____ CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:03-CR-337 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| JOHN HENRY WEAVER, | ) | |
| | ) | (Electronically Filed) |
| Defendant. | ) | |

## AMENDED FINAL ORDER OF FORFEITURE OF
## REAL PROPERTY KNOWN AS 144 WELDON STREET, YORK PA

Upon the Motion of the United States of America (Doc. 129) to Amend

the Final Order of Forfeiture entered on October 16, 2017 (Doc. 128),

and in order to correct a clerical error pursuant to Federal Rules of

Criminal Procedure, Rule 36,

IT IS HEREBY ORDERED that:

1.     The Final Order of Forfeiture is hereby amended to revise

the legal description of the Real Property known as 144 Weldon Street,

York Pennsylvania, Parcel Tax IDs 51000050035V000000 and

51000050037L0, as follows:

Parcel Tax ID 51000050035V000000:

All that certain tract of land situate in West Manchester Township, York County, Pennsylvania and being designated as Lot No. 15 on a Final Subdivision Plan of Hillside Meadows, which said plan is recorded in the Office of the Recorder of Deeds in and for York County, Pennsylvania in Plan Book JJ, Page 776, and being more fully described as follows, to wit:

BEGINNING at a point on the western dedicated right-of-way line of Weldon Drive, a fifty (50) feet wide public street, at the corner of Lot No. 14; thence along the said Lot No. 14, south sixty-eight (68) degrees, forty-nine (49) minutes, zero (00) seconds West, a distance of one hundred twenty and zero one-hundredths (120.00) feet to a point at Lot No. 49; thence along the said Lot No. 49, North twenty-one (21) degrees, eleven (11) minutes, zero (00)seconds West, a distance of twenty-eight and zero one-hundredths (28.00) feet to a point at the corner of Lot No. 16; thence along the said Lot No. 16, North sixty-eight (68) degrees, forty-nine (49) minutes, zero (00) seconds East, a distance of one hundred twenty and zero one-hundredths (120.00) feet to a point on the western dedicated right-of-way line of the aforesaid Weldon Drive; thence along the western dedicated right-of-way line of Weldon Drive, South twenty-one (21) degrees, eleven (11) minutes, zero (00) seconds East, a distance of twenty-eight and zero one-hundredths (28.00) feet to the point and place of BEGINNING . Containing 3,360 square feet.

Under and subject to any restrictions, easements and covenants of record.

BEING the same premises which John H. Weaver and Deborah A. Weaver granted and conveyed on December 27, 2002, unto D & D Estates, LLC in the Recorder of Deeds Office for York County in Book 1538, Page 4527.

AND

Parcel Tax ID 51000050037L0:

ALL THAT CERTAIN tract of land lying and being situate in the Township of West Manchester, York County, Pennsylvania, being identified as Lot #15-A as shown on a plan of lots known as Final Subdivision Plan for York Christian Fellowship as prepared by Stallman & Stahlman, Inc., York, PA (Drawing Number A-00-029, dated 10/26/00) and recorded at the York County Recorder of Deeds Office in Plan Book RR, page 872, on May 10, 2002, and being more fully described as follows:

BEGINNING at an iron pin on the north right-of-way of Hillside Terrace, said point also marking the northwest corner of Lot #15-A on a plan hereinabove mentioned; thence leaving said right-of-way along the south side of Lot 16-A the following bearing and distance: North sixty- eight (68) degrees forty-nine (49) minutes zero (00) seconds East, for a distance of one hundred six and eighteen one-hundredths (106.18) feet to an iron pin; thence along the west side of Lots 15 and 14, South twenty-one (21) degrees eleven (11) minutes zero (00) seconds East, for a distance of fifty-six and no one-hundredths (56.00) feet to an iron pin; thence along the north side of Lot #13-A, South sixty-eight (68) degrees forty-nine (49) minutes zero (00) seconds West, for a distance of ninety and thirty-three one-hundredths (90.33) feet to an iron pin on the north right-of-way of Hillside Terrace; thence along same North thirty-six (36) degrees fifty-nine (59) minutes twenty-one (21) seconds West, for a distance of fifty-eight and twenty one-hundredths (58.20) feet to an iron pin and the place of Beginning.

CONTAINING 5,502 sq. ft. or 0.13 acre of land.

BEING a part of the same premises which Jeffrey A Kemper and Lori J. Kemper, husband and wife, by their deed dated

December 29, 1989, and recorded in the Office of the Recorder of Deeds for York County, Pennsylvania, at Record Book 105-B, page 461, granted and conveyed unto York Christian Fellowship, Inc., the within Grantor.

SUBJECT TO the notes and conditions of the Plan recorded at Plan Book RR, page 872, the said purpose of the plan being to join the property conveyed herein to the lands now owned by the Grantee, and subject to the further condition that the land being conveyed herein is a non-buildable lot.

2.     All other terms of the Final Order of Forfeiture entered on

October 16, 2017, Doc. 128, remain unchanged.

Dated this 30th day of   October   2018.

CHRISTOPHER C. CONNER
CHIEF UNITED STATES DISTRICT JUDGE